IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-84 |
| | ) |
| JERMALL McDANIEL, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 19th day of March, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 29, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, March 26, 2008 at 9:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Constance M. Bowden,
    Assistant United States Attorney

    John A. Knorr, Esquire
    1204 Manor Building
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation