IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERMALL MCDANIEL, ) <br> Defendant. ) <br> ) | Criminal No. 08-84 |

ORDER OF CRIMINAL FORFEITURE
AGAINST JERMALL MCDANIEL

AND NOW, this 5th day of May, 2008, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Jermall McDaniel in the following property (the Subject Property) is forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d)(1): a Tarus, 9mm semi-automatic pistol, bearing serial number TSK43590.

2. The United States shall forthwith give notice to any person or entity having or claiming a legal interest in the Subject Property and shall forthwith publish a legal notice of the Court's Order of forfeiture. The notice shall state the United States' intent to dispose of the Subject Property in such manner as the Attorney General may direct and notice that any person, other than Jermall McDaniel having or claiming a legal interest in the Subject Property, must file a petition with the United States District Court for the Western District of Pennsylvania at

Criminal No. 08-84 within thirty-five (35) days of the publication of notice or of receipt of actual notice, whichever is later.

3. This notice shall state that a petition of any person, other than Jermall McDaniel, having or claiming a legal interest in the Subject Property shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth: (1) the nature and extent of the petitioner's right, title or interest in the Subject Property, (2) any additional facts supporting the petitioner's claim, and (3) the relief sought.

4. The Court will adjudicate all third-party claims.

_____
J.