IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-84 |
| | ) |
| JERMALL MCDANIEL | ) |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 12th day of _____, 2009, it is hereby ORDERED, ADJUDGED and DECREED that a Tarus 9mm, semi-automatic pistol, bearing serial number TSK43590 is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation, Jermall McDaniel.

_____
United States District Court